**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

CASE NO: 10-08231-JW

ORDER REGARDING OBJECTION TO CLAIM

The relief set forth on the following pages for a total of 2 pages including this page, is hereby **ORDERED**.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

BRONWEN ELIZABETH BETHEA
4844 CARNOUSTIE CT.
SUMMERVILLE, SC  29485

Debtor

CASE NO:  10-08231-JW

(CHAPTER 13)

ORDER ON TRUSTEE'S OBJECTION TO CLAIM

This matter is before the court on the objection of the Trustee to a claim in the amount of $ 20,181.76

filed in the above-entitled case on January 31, 2011, court claim # 9 and any amendment thereto by:

US DEPARTMENT OF EDUCATION
PO BOX 740351
ATLANTA, GA  30374

IT IS ORDERED that the claim be:

allowed in the amount of $895.83, which is the amount disbursed by Trustee to date, as the claim is paid in full and the only Response has been withdrawn.

AND IT IS SO ORDERED